UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. WOODS, <br><br> Plaintiff, <br><br> v. <br><br> SGT. TESINSKY, et al., <br><br> Defendants. <br> _____ | ) Case No. ED CV 10-1712-PA (SP) <br> ) <br> ) <br> ) **ORDER ACCEPTING FINDINGS AND** <br> ) **RECOMMENDATIONS OF UNITED** <br> ) **STATES MAGISTRATE JUDGE** <br> ) <br> ) <br> ) <br> ) <br> ) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: August 15, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE