JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. TESINSKY, et al.,<br><br>    Defendants. | Case No. ED CV 10-1712-PA (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: August 15, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE